UNITED STATES *v.* J. L. HAMMETT COMPANY

No. 7713.—
Entry No. 720396.

First Division, Appellate Term

(Order dated July 8, 1949)

*David N. Edelstein*, Assistant Attorney General (*Richard F. Weeks*, special attorney), for the appellant, against the motion.

*Eugene R. Pickrell* (*Michael Stramiello, Jr.*, of counsel) for the appellee, for the motion.

Before OLIVER, COLE, and MOLLISON, Judges

ORDER

Upon reading and filing the appellee's motion, that the application for review filed by the United States, appellant herein, be dismissed, and upon reading and filing the memoranda of the parties herein in support of and in opposition to said motion, upon careful consideration thereof and of the record in the matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the aforesaid motion be and the same is hereby granted, and that the application for review filed by the United States, appellant, be and the same is hereby dismissed.